# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-60
Lower Tribunal No. F21-4017
_____

**Angel Barrera-Zaldivar,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Carlos J. Martinez, Public Defender, Maria E. Lauredo, Chief Assistant Public Defender and Jennifer Thornton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.